**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 26-** |
| **v.** | : | **DATE FILED:** |
| **SCOTT DAVID MILLER**<br>**a/k/a "David Massie"** | : | **VIOLATION:**<br>**18 U.S.C. § 1343 (wire fraud – 1 count)** |
| | : | **Notice of forfeiture** |
| | : | |

# INDICTMENT

## COUNT ONE
**(Wire fraud)**

**THE GRAND JURY CHARGES THAT:**

At all times material to this indictment:

1. Defendant SCOTT DAVID MILLER was a resident of Philadelphia, Pennsylvania.

2. Elite Concrete Solutions LLC, incorporated in Pennsylvania, was a business operated by defendant SCOTT DAVID MILLER.

3. Next Level Concrete LLC, incorporated in Pennsylvania, was a business operated by defendant SCOTT DAVID MILLER.

## THE SCHEME

4. From in or about September 2022 to in or about October 2025, in the Eastern District of Pennsylvania, and elsewhere, defendant

**SCOTT DAVID MILLER,**
**a/k/a "David Massie,"**

devised and intended to devise a scheme to defraud homeowners and property owners and to obtain money and property by means of false and fraudulent pretenses, representations, and promises.

## MANNER AND MEANS

It was part of the scheme that:

5. Defendant SCOTT DAVID MILLER, through Elite Concrete Solutions LLC and Next Level Concrete LLC and sometimes using aliases, including as "David Massie," purported to offer concrete pouring, landscaping, and general construction services to prospective customers, including homeowners and property owners in Pennsylvania, New Jersey, New York, Maryland, Delaware, and Virginia.

6. For customers who agreed to hire defendant SCOTT DAVID MILLER, defendant MILLER prepared a contract, which included the scope of the work, the estimated start date, the total cost of the project, and the amount of the down payment.

7. The majority of customers who signed a contract with defendant SCOTT DAVID MILLER paid the down payment by check, which defendant MILLER cashed or caused to be cashed at check-cashing businesses in Philadelphia, Pennsylvania.

8. After receiving the down payments, defendant SCOTT DAVID MILLER failed to perform the work he was hired to perform.

9. Defendant SCOTT DAVID MILLER often provided the customers who had retained him to perform work on their properties with false explanations or excuses as to why he purportedly could not timely perform the work that he had been engaged to perform.

10. Defendant SCOTT DAVID MILLER was paid more than approximately $1,800,000 for construction projects that he promised to perform but for which he never obtained permits or upon which he never began work.

11. On or about February 19, 2025, defendant SCOTT DAVID MILLER sent a series of text messages to Victim #1, a resident of Maryland known to the grand jury, who was looking to have a barn built on property in Tennessee. In these messages, defendant MILLER outlined the work he purportedly would perform for Victim #1.

12. On or about February 21, 2025:

a. Defendant SCOTT DAVID MILLER met with Victim #1 in Maryland.

b. Defendant SCOTT DAVID MILLER, posing as "David Massie" and acting on behalf of Elite Concrete Solutions LLC, entered into a contract with Victim #1 to build a barn in Tennessee for approximately $50,000.

c. Defendant SCOTT DAVID MILLER demanded and received from Victim #1 a check in the amount of approximately $15,000, payable to Elite Concrete Solutions LLC, as a down payment on the purported construction project.

13. On or about February 28, 2025, defendant SCOTT DAVID MILLER, posing as "David Massie," demanded and received from Victim #1 an additional down payment check for approximately $4,960, payable to Elite Concrete Solutions LLC, after Victim #1 called defendant MILLER to expand the scope of the construction project.

14. From on or about February 24, 2025, to on or about February 28, 2025, defendant SCOTT DAVID MILLER cashed the two checks from Victim #1 payable to Elite Concrete Solutions LLC at Check Casher #1, in Philadelphia, Pennsylvania.

15. On or about March 6, 2025, defendant SCOTT DAVID MILLER sent a text to Victim #1 claiming falsely that defendant MILLER would begin construction on the barn in Tennessee.

16. Defendant SCOTT DAVID MILLER never provided any services to Victim #1.

17. On or about February 19, 2025, in the Eastern District of Pennsylvania, and elsewhere, defendant

**SCOTT DAVID MILLER,**
**a/k/a "David Massie,"**

for the purpose of executing the scheme described above, and attempting to do so, caused to be transmitted by means of wire communication in interstate commerce the following signal and sound, that is, a text message sent from defendant MILLER from a location in Philadelphia, Pennsylvania to Victim #1 at a location outside the Commonwealth of Pennsylvania.

All in violation of Title 18, United States Code, Section 1343.

**NOTICE OF FORFEITURE**

**THE GRAND JURY FURTHER CHARGES THAT:**

1. As a result of the violation of Title 18, United States Code, Section 1343, set forth in this indictment, defendant

**SCOTT DAVID MILLER,**
**a/k/a "David Massie,"**

shall forfeit to the United States of America any property, real or personal, that constitutes or is derived from proceeds traceable to the commission of such violation.

2. If any of the property subject to forfeiture, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 28, United States Code, Section 2461(c), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property subject to forfeiture.

All pursuant to Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 981(a)(1)(C).

**A TRUE BILL:**

[redacted]

Christine E. Sykes for

**DAVID METCALF**
**UNITED STATES ATTORNEY**

*No.*___________

---

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

---

**THE UNITED STATES OF AMERICA**

**vs.**

**SCOTT DAVID MILLER**

**a/k/a "David Massie"**

---

**INDICTMENT**

Counts

18 U.S.C. § 1343 – wire fraud

[redacted]

---